# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Sutton, Lynette K. aka Lynette K Gueits, aka Lynette K Gueits Sutton, aka Lynette Gueits Sutton, aka Fisu, Inc.<br>Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-11860 ELF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3130

                                          Respectfully submitted,

                                          **/s/Brian C. Nicholas, Esquire**
                                          Brian C. Nicholas, Esquire
                                          Thomas Puleo, Esquire
                                          KML Law Group, P.C.
                                          701 Market Street, Suite 5000
                                          Philadelphia, PA 19106-1532
                                          (215) 825-6306  FAX (215) 825-6406