Certificate Number: 12433-PAE-DE-029125113

Bankruptcy Case Number: 17-11860



12433-PAE-DE-029125113

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 21, 2017</u>, at <u>10:45</u> o'clock <u>AM EDT</u>, <u>Lynette K. Sutton</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 21, 2017</u>          By:    <u>/s/Lisa Susoev</u>

                                       Name:  <u>Lisa Susoev</u>

                                       Title: <u>Teacher</u>