```
         IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:              :        CHAPTER 13
                         :
     Lynette K. Sutton   :        NO.  17-11860-ELF
                         :
                         :
                         :
```

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

     Debtor, by her attorney, David M. Offen, has filed a
Motion to Approve Loan Modification.

     Your rights may be affected.  You should read these papers
carefully and discuss them with your attorney, if you have one in
this bankruptcy case.  (If you do not have an attorney, you may
wish to consult an attorney.)

     1. If you do not want the Court to grant the relief sought in
the motion or if you want the court to consider your views on the
motion, then on or before May 2, 2018, you or your attorney must do
all of the following;

     (a) file an answer explaining your position at
         Office of the Clerk
         U.S. Bankruptcy Court
         Suite 400
         900 Market Street
         Philadelphia, Pa. 19107

     If you mail your answer to the Bankruptcy Clerks office for
filing, you must mail it early enough so that it will be received
on or before the date stated above; and

     (b) mail a copy to the Movants Attorney;
         David M. Offen, Esquire
         Suite 160 West, The Curtis Center
         601 Walnut Street
         Philadelphia, Pa. 19106

         William C. Miller, Trustee
         PO Box 1229
         Philadelphia, PA 19105

     2.  If you or your attorney do not take the steps described in
paragraphs 1(a) and 1(b) above and attend the hearing, the court
may enter an Order granting the relief requested in the Motion.

3.   A hearing on the Motion is scheduled to be held before the Honorable Eric L. Frank, United States Bankruptcy Judge on May 22, 2018, at 1:00 PM in Courtroom #1, United States Bankruptcy Court, 900 Market Street, 2nd Floor.

4.   If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.   You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an answer.