United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-11860-elf
Lynette K Sutton                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett          Page 1 of 1            Date Rcvd: May 25, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2018.
db             +Lynette K Sutton,    4941 Hazel Avenue,    Philadelphia, PA 19143-2004

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2018 at the address(es) listed below:
      BRIAN CRAIG NICHOLAS    on behalf of Creditor   M&T BANK bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
      CHRISTOPHER A. DENARDO    on behalf of Creditor   Carrington Mortgage Services, LLC pabk@logs.com
      DAVID M. OFFEN    on behalf of Plaintiff Lynette K Sutton dmo160west@gmail.com, davidoffenecf@gmail.com
      DAVID M. OFFEN    on behalf of Debtor Lynette K Sutton dmo160west@gmail.com, davidoffenecf@gmail.com
      KEVIN S. FRANKEL    on behalf of Creditor   Carrington Mortgage Services, LLC pa-bk@logs.com
      LEONA  MOGAVERO    on behalf of Defendant Abraham   Woidislawsky lmogavero@fsalaw.com, mprimavera@fsalaw.com
      LEONA  MOGAVERO    on behalf of Creditor Abraham   Woidislawsky lmogavero@fsalaw.com, mprimavera@fsalaw.com
      LEONA  MOGAVERO    on behalf of Defendant Abraham   Woidislawski lmogavero@fsalaw.com, mprimavera@fsalaw.com
      MATTEO SAMUEL WEINER    on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                          TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| LYNETTE K. SUTTON, | : | |
| Debtor | : | Bky. No. 17-11860 ELF |

## O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Approve Mortgage Loan Modification ("the Motion") between the Debtor and M & T Bank ("the Lender") (Doc. # 37), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan.

4. In all other respects, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS ON ACCOUNT OF THE OTHER ALLOWED CLAIMS** as provided in the plan.

**Date: May 25, 2018**

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE