IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Lynette K. Sutton a/k/a Lynette K. Gueits a/k/a Lynette K. Gueits Sutton a/k/a Lynette Gueits Sutton a/k/a Fisu, Inc., Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER<br>17-11860/ELF |
| Carrington Mortgage Services, LLC, Movant,<br>v.<br>Lynette K. Sutton a/k/a Lynette K. Gueits a/k/a Lynette K. Gueits Sutton a/k/a Lynette Gueits Sutton a/k/a Fisu, Inc., Debtor,<br><br>William C. Miller, Trustee, Additional Respondent. | 11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __6th__ day of __November__, 2018, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), after a hearing, and for the reasons stated in court, it is

**ORDERED** that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents for the property located at 4833 Walnut Street, Philadelphia, PA 19139; and it is

FURTHER **ORDERED** all communications sent by Secured Creditor in connection w i t h  proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors; and it is

~~FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.~~

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**