United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Lynette K Sutton  
    Debtor  

Case No. 17-11860-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 1        Date Rcvd: Nov 06, 2018  
                       Form ID: pdf900       Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
```
db             +Lynette K Sutton,    4941 Hazel Avenue,    Philadelphia, PA 19143-2004
cr             +Abraham Woidislawsky,    c/o Leona Mogavero, Esquire,    Friedman Schuman, P.C.,
                 101 Greenwood Avenue, Fifth Floor,    Jenkintown, PA 19046-2627
cr             +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Suite 200-A,
                 Anaheim, CA 92806-5951
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Nov 07 2018 02:37:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2018 02:37:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2018 02:37:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:46:49     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CHRISTOPHER A. DENARDO    on behalf of Creditor    Carrington Mortgage Services, LLC pabk@logs.com
              DAVID M. OFFEN    on behalf of Debtor Lynette K Sutton dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              DAVID M. OFFEN    on behalf of Plaintiff Lynette K Sutton dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN S. FRANKEL    on behalf of Creditor    Carrington Mortgage Services, LLC pa-bk@logs.com
              LEONA  MOGAVERO    on behalf of Defendant Abraham  Woidislawski lmogavero@fsalaw.com,
               mprimavera@fsalaw.com
              LEONA  MOGAVERO    on behalf of Defendant Abraham  Woidislawsky lmogavero@fsalaw.com,
               mprimavera@fsalaw.com
              LEONA  MOGAVERO    on behalf of Creditor Abraham  Woidislawsky lmogavero@fsalaw.com,
               mprimavera@fsalaw.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 11
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Lynette K. Sutton a/k/a Lynette K. Gueits a/k/a Lynette K. Gueits Sutton a/k/a Lynette Gueits Sutton a/k/a Fisu, Inc., Debtor. | CHAPTER 13<br><br>BANKRUPTCY CASE NUMBER 17-11860/ELF |
| Carrington Mortgage Services, LLC, Movant, v. Lynette K. Sutton a/k/a Lynette K. Gueits a/k/a Lynette K. Gueits Sutton a/k/a Lynette Gueits Sutton a/k/a Fisu, Inc., Debtor, William C. Miller, Trustee, Additional Respondent. | 11 U.S.C. § 362 |

**O R D E R**

AND NOW, this __6th__ day of __November__, 2018, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), after a hearing, and for the reasons stated in court, it is

**ORDERED** that the automatic stay under 11 U.S.C. § 362, is **MODIFIED** to allow Movant, or its successors, if any, to proceed with its *in rem* rights under its loan documents for the property located at 4833 Walnut Street, Philadelphia, PA 19139; and it is

FURTHER **ORDERED** all communications sent by Secured Creditor in connection w i t h proceeding against the property including, but not limited to, notices required by state law and communications to offer and provide information with regard to a potential Forbearance Agreement, Loan Modification, Refinance Agreement, Loss Mitigation Agreement, or other Loan Workout, may be sent directly to Debtors; and it is

~~FURTHER ORDERED that Rule 4001(a)(3) is not applicable and Movant, or its successors, if any, may immediately implement this order.~~

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**