# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-11860-ELF

    LYNETTE K SUTTON

    4941 HAZEL AVENUE

    PHILADELPHIA, PA 19143

        Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    LYNETTE K SUTTON

    4941 HAZEL AVENUE

    PHILADELPHIA, PA 19143

Counsel for debtor(s), by electronic notice only.

    DAVID OFFEN ESQUIRE
    601 WALNUT ST., SUITE 160 WEST

    PHILADELPHIA, PA 19106-

                /S/ William C. Miller

Date: 7/30/2020              _____

                William C. Miller, Esquire
                Chapter 13 Standing Trustee