Certificate Number: 12433-PAE-DE-036095160

Bankruptcy Case Number: 17-11860



12433-PAE-DE-036095160

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 27, 2021</u>, at <u>12:06</u> o'clock <u>PM EDT</u>, <u>Lynette Sutton</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>October 27, 2021</u>        By:     <u>/s/Lance Brechbill</u>

Name:  <u>Lance Brechbill</u>

Title:   <u>Teacher</u>