UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :        Chapter 13

    Lynette K Sutton
    aka Lynette K Gueits
    aka Lynette K Gueits Sutton
    aka Lynette Gueits Sutton
    aka Fisu, Inc.                                     :        Bky. No. 17-11860-elf

        Debtor                            :

                                               :

AMENDED ORDER

      AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

      IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge.**

\*\*This Order Amends Order dated 5/16/2022 at doc.#69

Date:   6/15/22

_____
                **ERIC L. FRANK**
                **U.S. BANKRUPTCY JUDGE**