United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-11860-elf
Lynette K Sutton  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jun 16, 2022 | Form ID: pdf900 | Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lynette K Sutton, 4941 Hazel Avenue, Philadelphia, PA 19143-2004 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2022        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor M&T BANK bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHRISTOPHER A. DENARDO
    on behalf of Creditor Carrington Mortgage Services LLC logsecf@logs.com

DAVID M. OFFEN
    on behalf of Plaintiff Lynette K Sutton dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
    on behalf of Debtor Lynette K Sutton dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN S. FRANKEL
    on behalf of Creditor Carrington Mortgage Services LLC pa-bk@logs.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: pdf900 | Total Noticed: 1 |

LEONA MOGAVERO
on behalf of Defendant Abraham Woidislawsky lmogavero@fsalaw.com mprimavera@fsalaw.com

LEONA MOGAVERO
on behalf of Creditor Abraham Woidislawsky lmogavero@fsalaw.com mprimavera@fsalaw.com

LEONA MOGAVERO
on behalf of Defendant Abraham Woidislawski lmogavero@fsalaw.com mprimavera@fsalaw.com

MATTEO SAMUEL WEINER
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                           :        Chapter 13

    Lynette K Sutton
    aka Lynette K Gueits
    aka Lynette K Gueits Sutton
    aka Lynette Gueits Sutton
    aka Fisu, Inc.                                         :        Bky. No. 17-11860-elf

        Debtor                                    :

                                         :

## AMENDED ORDER

    AND NOW, it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the Debtor's estate,

    IT IS HEREBY ORDERED that the trustee be discharged and relieved of any trust; and this case be and the same hereby is **CLOSED, without the entry of an order of discharge.**

**This Order Amends Order dated 5/16/2022 at doc.#69

Date:   6/15/22

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**